JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GRAYSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY; DOES 1 THROUGH 200, INCLUSIVE,<br><br>    Defendants. | Case No. 2:13-cv-05324-BRO-JCG<br>Related Case: 2:13-cv-07043-BRO-JCG<br><br>**JUDGMENT** |
| GABRIEL L. PEPER,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY; DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | |

The Court, having granted defendant Allstate Insurance Company's motion for summary judgment by its Order dated May 7, 2014,

**HEREBY ORDERS, ADJUDGES AND DECREES** that:

Plaintiffs Matthew Grayson and Gabriel L. Peper take nothing by way of their Complaints, and judgment is entered in favor of defendant Allstate Insurance Company and against the respective plaintiff in each of these related actions.

**IT IS SO ORDERED.**

Dated: May 20, 2014

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge